UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| KELLI MCALLISTER,<br><br>Plaintiff,<br><br>v.<br><br>SAVAGE ARMS, INC.,<br><br>Defendant. | CASE NO: 5:21-cv-00123-TKW-MJF |

# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 56 of the Federal Rules of Civil Procedure, and Local Civil Rule 56, Defendant Savage Arms, Inc. ("Savage"), by counsel, respectfully moves for an Order granting summary judgment on all claims and dismissing the pending action with prejudice. The grounds supporting the motion are set forth in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, which is being filed contemporaneously with this Motion and is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting summary judgment and dismissing Plaintiff's lawsuit with prejudice.

Dated: July 31, 2023

/s/ Stephen M. Cozart
Stephen M. Cozart
KUBICKI DRAPER, PA
125 West Romana Street, Suite 550
Pensacola, Florida 32502
(850) 434-0003
(850) 434-0223 (fax)
smc@kubickidraper.com

and
Anthony M. Pisciotti
Danny C. Lallis
PISCIOTTI LALLIS ERDREICH
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
(973) 245-8100
(973) 245-8101 (fax)
apisciotti@pisciotti.com
dlallis@pisciotti.com