**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KELLI MCALLISTER,

    Plaintiff,

v.                                  Case No.  5:21-cv-123-TKW-MJF

SAVAGE ARMS INC.,

    Defendant.

_____/

**SETTLEMENT CONFERENCE REPORT**

On February 22, 2024, the undersigned conducted a settlement conference in this matter pursuant to 28 U.S.C. § 636(b). The conference did not result in settlement of this civil action.

/s/ *Michael J. Frank*
**Michael J. Frank
United States Magistrate Judge**