UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLI MCALLISTER,

    Plaintiff,

v.                                                     Case No. 5:21cv123-TKW-MJF

SAVAGE ARMS INC.,

    Defendant.

_____/

## VERDICT

We, the jury, unanimously return the following verdict:

1.     Was Savage Arms negligent in the manufacture and/or design of Kelli McAllister's rifle?

                                     Yes: _____ No: _X_

*If your answer to Question 1 is YES, proceed to Question 2. If your answer to Question 1 is NO, your verdict is for Savage Arms and you should skip the remaining questions, and your foreperson should sign and date the verdict form.*

FILED IN OPEN COURT
3/8/24
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

2. Did Savage Arms' negligence result in a defect in the rifle?

Yes: _____ No: _____

*If your answer to Question 2 is YES, proceed to Question 3. If your answer to Question 2 is NO, your verdict is for Savage Arms and you should skip the remaining questions, and your foreperson should sign and date the verdict form.*

3. Did the defect exist at the time the rifle left Savage Arms' control?

Yes: _____ No: _____

*If your answer to Question 3 is YES, proceed to Question 4. If your answer to Question 3 is NO, your verdict is for Savage Arms and you should skip the remaining questions, and your foreperson should sign and date the verdict form.*

4. Was the defect in the rifle the legal cause of loss or damage to Kelli McAllister?

Yes: _____ No: _____

*If your answer to Question 4 is YES, proceed to Question 5. If your answer to Question 4 is NO, your verdict is for Savage Arms and you should skip the remaining questions, and your foreperson should sign and date the verdict form.*

5.  Was there negligence on the part of Kelli McAllister that was a cause of loss or damage to her?

   Yes: _____ No: _____

*Proceed to question 6.*

6.  State the percentage of any negligence that you apportion to:

   Kelli McAllister _____ %

   Savage Arms: _____ %

   \* *These percentages must total 100%.*

   *Proceed to question 7 regarding damages.*

   \* *When determining the amount of damages, do not make any reduction because of the negligence, if any, of Kelli McAllister. If you find that Kelli McAllister was to any extent negligent, the Court will make an appropriate reduction in the damages awarded when entering judgment.*

7. What is the total amount of Kelli McAllister's damages for:

   a. lost earnings in the past, loss of earning capacity in the future, medical expenses incurred in the past, and medical expenses to be incurred in the future?   $ _____

   b. pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?   $ _____

                               TOTAL (add 7.a. and 7.b)   $ _____

So say we all this 8th day of March, 2024.

███████████████

Foreperson